IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ALICIA ST. LEGER, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| *Plaintiff*, | ) ) | No. 12-CV-06138 |
| v. | ) ) | |
| THEHUFFINGTONPOST.COM, INC., a Delaware corporation, | ) ) ) | Hon. Rebecca R. Pallmeyer |
| *Defendant*. | ) ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Plaintiff Alicia St. Leger hereby voluntarily dismisses this case in its entirety WITH PREJUDICE as to all claims asserted by Plaintiff against Defendant TheHuffingtonPost.com, Inc., and WITHOUT PREJUDICE as to the claims, if any, of putative class members.

On August 3, 2012, Plaintiff filed a Class Action Complaint against Defendant. (Dkt. 1.) Defendant has neither answered the Complaint nor served a motion for summary judgment. In addition, no class has yet been certified in this matter. Accordingly, this matter may be dismissed without an Order of the Court, thus terminating this action in its entirety.

Dated: October 3, 2012          Respectfully submitted,

                                              ALICIA ST. LEGER, individually and on behalf of a class of similarly situated individuals

                                              By: /s/ Evan M. Meyers
                                                        One of Her Attorneys

Evan M. Meyers
Bradley M. Baglien
EDELSON MCGUIRE, LLC
350 North LaSalle Street
Chicago, Illinois 60654
Tel.: (312) 589-6470
Fax: (312) 589-6378
emeyers@edelson.com
bbaglien@edelson.com

*Attorneys for Plaintiff Alicia St. Leger*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2012, I electronically filed the foregoing *Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(A)* with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: October 3, 2012

/s/ Evan M. Meyers